# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WOODROW DUNN JR.,

      Plaintiff,

vs.                                                   No. CV 18-00441 RB/KRS

DA ERIK SCRAMBLEN,

      Defendant.

## ORDER TO CURE DEFICIENCY

Plaintiff has submitted a civil rights complaint. The Court determines that Plaintiff's submission is deficient because Plaintiff has not paid the $400.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs in proper form. Plaintiff has submitted a New Mexico state court form Application for Free Process (Doc. 2) that does not comply with the requirements under 28 U.S.C. § 1915 for proceeding *in forma* pauperis in federal court. Plaintiff must cure this deficiency within thirty (30) days from entry of this Order by *either* paying the full $400.00 civil filing fee *or* submitting a proper Application to Proceed in District Court Without Prepaying Fees or Costs including a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

IT IS ORDERED that within thirty (30) days of entry of this Order, Plaintiff *either* pay the full $400.00 civil filing fee *or* submit a proper Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing; and the Clerk is directed to

mail to Plaintiff a copy of this order and two copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

_____
UNITED STATES MAGISTRATE JUDGE