IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WOODROW DUNN, JR.,

    Plaintiff,

vs.                                        No. CV 18-00441 RB/KRS

DA ERIK SCRAMBLEN,

    Defendant.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b)

**THIS MATTER** is before the Court on the Application for Free Process (Doc. 2), Application to Proceed in District Court Without Prepaying Fees and Costs (Doc. 5), and amended Application to Proceed in the District Court Without Prepaying Fees and Costs (Doc. 6) filed by Plaintiff Woodrow Dunn, Jr. Because the Court grants the application, the filing fee for this civil rights complaint is $350.00. Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to § 1915(b)(1). Plaintiff is still required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that the Application for Free Process (Doc. 2), Application to Proceed in District Court Without Prepaying Fees and Costs (Doc. 5), and amended Application to Proceed in the District Court Without Prepaying Fees and Costs (Doc. 6) filed by Plaintiff Woodrow Dunn, Jr. are **GRANTED,** and the initial payment is **WAIVED**;

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty percent (20%) of the preceding month's income credited to his

account until the fee is paid or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

_____
UNITED STATES MAGISTRATE JUDGE